UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00204-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CARL BRYANT RIDDICK,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on remand from the Court of Appeals for the Fourth Circuit. In accordance with such court's mandate, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the portion of this court's Judgment (#29) directing the payment of restitution as an additional condition of supervised release is **VACATED** and the parties are directed to follow the procedures outlined by this court at defendant's revocation hearing held October 24, 2012, for purposes of determining restitution, if any.

Signed: August 8, 2013

Max O. Cogburn Jr.
United States District Judge